# Court of Appeals
# of the State of Georgia

ATLANTA, October 02, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0309. THEO LAMBROS v. MARY LAMBROS, BY AND THROUGH MICHAEL T. SMITH, AS CONSERVATOR FOR MARY THEO LAMBROS, AN ADULT WARD.**

On July 5, 2017, the trial court entered an order denying Theo Lambros's motion for contempt against his ex-wife, Mary Lambros, based on her alleged failure to comply with the terms of the settlement agreement incorporated into their divorce decree. Theo Lambros then filed this direct appeal and an application for discretionary appeal. We lack jurisdiction for two reasons.

First, the underlying action involves rights and obligations created by a settlement agreement incorporated into a divorce decree, and does not involve child custody, thus the case is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). Appeals in such matters must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). Thus, Lambros is not entitled to a direct appeal from the trial court's order.

Second, we denied Lambros's application for discretionary appeal. See Case No. A18D0047, denied August 31, 2017. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v.*

*Bergen*, 286 Ga. App. 258, 260- 261 (1) (649 SE2d 313) (2007).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  10/02/2017
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.